IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| EPLUS TECHNOLOGY, INCORPORATED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-0276 |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant National Railroad Passenger Corporation's Motion to Dismiss and Defendant Office of the Inspector General's Motion to Dismiss are GRANTED, and Plaintiff shall have fourteen (14) days within which to file a second amended complaint.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 28, 2005